**FILED**

# United States District Court

JUL 24 2006

__MIDDLE__ DISTRICT OF __ALABAMA__   CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

JOSHUA WAYNE HESTER

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj72-DRB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 12, 2005__, in __Elmore__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s), (Track Statutory Language of Offense)

did use, persuade, induce and entice a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, and these visual depictions were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer;

in violation of Title __18__ United States Code, Section(s) __2251(a)__. I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
   Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant, M. Faulkner

Sworn to before me and subscribed in my presence,

July 24, 2006                                    at   Montgomery, Alabama
Date                                                  City and State

DELORE R. BOYD, U. S. Magistrate Judge         _____
Name & Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT

I, Margaret L. Faulkner, do depose and state the following:

1. I am a Special Agent with the FBI and have been so employed for the past 18 years. Prior to my employment with the FBI, I was employed with the Montgomery Police Department for 10 1/2 years. As part of my duties as a law enforcement officer, I have investigated numerous crimes against children offenses to include allegations of Child pornography.

2. This affidavit is being made in support of a Complaint and arrest warrant for Joshua Wayne Hester, white male, date of birth July 3, 1984, Social Security Account Number 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, who resides at 2821 Branchway Road, Millbrook, Alabama, 36054. The information contained in this affidavit is based upon information provided by other law enforcement officials, to include Detective Corporal Johnny Russell of the Millbrook Police Department..

3. I have probable cause to believe that Joshua Wayne Hester has violated Title 18, United States Code, Section 2251(a), Producing a visual depiction of a minor engaged in sexually explicit conduct using materials that have been mailed, shipped or transported in interstate or foreign commerce. A crime punishable by imprisonment of not less than 15 years nor more than 30 years and a fine.

4. Cassie Schuck, is/was the girlfriend of Joshua Wayne Hester. On June 11, 2005, Schuck heard a rumor that Hester had sex with a 14 year old girl. Schuck heard that Hester had used a computer to show sexually explicit images of this girl to several individuals. Hester was staying with Schuck and kept several items at her residence, to include CD-Rs. Hester left these items to include the subject CD-R at Schuck's residence while incarcerated on an unrelated charge. Hester declined to take personal property to his mother's residence while incarcerated.

5. Schuck located the CD-R containing the sexual images of K.S. and J.D. at her residence and notified K.S.'s parents. Schuck provided K.S.'s father with this CD-R.

6. On June 12, 2005, K.S.'s father reported to the Millbrook Police Department that K.S., his 14 year old daughter, had been engaging in sexual activity with Joshua Wayne Hester. The witness turned over a CD-R that depicted K.S. engaged in various stages of nudity and sexual activities with Hester. The witness identified the images on the CD-R as K.S.

7. K.S. identified the images on the CD-R as herself and Joshua Wayne Hester. She stated the images had been taken on January 17, 2005, and that she was 13 years of age at the time the sexual activity occurred and the photographs were taken. K.S. stated she was not forced to pose or participate in these sexual activities.

8. On June 12, 2005, the parents of J.D. reported that J.D. was also depicted on the CD-R provided by K.S.'s father. J.D. was also depicted in various stages of nudity and sexual activity. J.D. was 14 years of age at the time the sexual activity occurred and the photographs were taken.

9. J.D. initially denied any sexual activity with Hester. However, she later identified the images on the CD-R as herself and Joshua Wayne Hester, and revealed that he had coerced her into performing the sexual acts that Hester photographed. The sexual activity occurred during the first part of May 2005. Hester came into J.D.'s bedroom while she was sleeping. J.D. told Hester to "stop" and she did not want to "do this." Hester refused to stop.

10. On June 12, 2005, Schuck visited Hester in Jail at Prattville, Alabama, and confronted him with the images on the CD-R. Hester told her the incident had happened months ago.

11. On June 27, 2005, Cassie Schuck received a letter from Hester written at the Elmore County Jail. Hester stated he had "done things that he shouldn't have done."

12. On June 15, 2005, Joshua Hester provided a statement to Corporal Johnny Russell of the Millbrook Police Department. Hester denied any sexual contact with K.S. and J.D.

13. On November 23, 2005, Matthew Jocks advised Joshua Wayne Hester had bragged that he had sexually explicit photographs of J.D. and that Hester used a computer to show Jocks these images. Hester used a computer to access a yahoo photo album account. Jocks viewed these images once or twice toward the end of May 2005.

14. On August 8, 2005, a search warrant was issued by Judge John Bush, Elmore County, for any and all information on the account for Joshua Wayne Hester, email address "hacker_hester84@yahoo.com". A profile was located for Hester along with a photograph.

15. On June 2, 2006, Maxell Corporation of America advised the CD containing the images of K.S. and J.D. was made in Taiwan in July 2001.

## CONCLUSIONS

16. Based upon the foregoing, affiant has probable cause to believe that Joshua Wayne Hester has violated Title 18, United States Code, Section 2251(a), Producing a visual depiction of a minor engaged in sexually explicit conduct using materials that have been mailed, shipped or transported in interstate or foreign commerce. A crime punishable by imprisonment of not less than 15 years nor more than 30 years and a fine.

_____
Special Agent Margaret L. Faulkner
Federal Bureau of Investigation

Sworn to and subscribed
before me this 24th
day of July, 2006.

_____
United States Magistrate Judge