# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| JOSHUA WAYNE HESTER | CASE NUMBER: 2:06mj72-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Joshua Wayne Hester _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

on or about the 12th day of June, 2006, the defendant did use, persuade, induce and entice a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, and these visual depictions were produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer;

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2251(a) _____

| | |
|---|---|
| DELORES R. BOYD | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Delores R. Boyd | July 24, 2006   Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____ by_____
Name of Judicial Officer

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER || SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | |||

AO 442 (Rev. 5/81) Warrant for Arrest