| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

----

| | |
|---|---|
| ✓ INITIAL APPEARANCE | DATE: August 1, 2006 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording   3:46 - 3:50 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

----

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj72-DRB    **DEFENDANT NAME:** Joshua Wayne Hester

**AUSA:** David Cooke    **DEFT. ATTY:** Stephen Glassroth

   **Type Counsel:** (✓)Retained; ( ) CJA; ( ) Waived; () FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( ✓ ) NO; (   )YES   Name:

----

| | |
|---|---|
| ✓ | Date of Arrest August 1, 2006 or ❏ Arrest Rule 40 |
| ✓ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ✓ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ✓ Government's WRITTEN Motion for Detention Hrg. filed |
| ✓ | Detention Hearing/Preliminary Examination set for August 2, 2006 at 3:00 p.m. |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released  ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for   DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial          CRIMINAL TERM: |
| ✓ | NOTICE to retained Criminal Defense Attorney handed to counsel |