IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj72-DRB |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

## ORDER ON MOTIONS

At the initial appearance today for this defendant on a criminal complaint filed July 24, 2006) (Doc. 1), the court appointed counsel made an oral motion for a preliminary hearing. The United States filed its *Motion for Detention Hearing* (Doc. 3, August 1, 2006), it is, therefore,

**ORDERED** that defendant's oral motion for a preliminary hearing is **GRANTED, and** the Government's *Motion* is **GRANTED** to the extent of its request for a detention hearing. The preliminary hearing and detention hearing are consolidated for hearing at **3:00 p.m. on August 2, 2006,** in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Pending the hearing, the defendant shall be held in the custody of the U.S. Marshal and produced for the hearing.

Done this 1st day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

FOR

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE