**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☐ INITIAL APPEARANCE
☐ BOND HEARING
☑ DETENTION HEARING
☑ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 8/2/2006

Digital Recording 3:09 to 4:15 pm
4:41 - 6:41 pm

PRESIDING MAG. JUDGE _Delores Boyd_   DEPUTY CLERK: ~~kxk~~ sql
CASE NO. _2:06mj72-DRB_   DEFT. NAME: _Joshua Wayne HESTER_
AUSA: _Cooke_   DEFT. ATTY: _Steve Glassroth_
Type Counsel: (Retained) ( ) Panel CJA; ( ) Waived; ( ) CDO
PTSO: _Martin_
USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES  Name: _____

---

☑ Date of Arrest _8-1-06_ or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☑ Detention Hearing ☑held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☑ Release order entered. Deft advised of conditions of release
☑ BOND EXECUTED (M/D AL charges) $ _25,000_. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☑ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed

AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | PAGE NUMBER | |
|---|---|---|---|---|---|
| 8/2/2006 | 2:06mj72-DRB | S. Q. Long, Jr., Courtroom Deputy | | 1 | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Johnny Russell | Cooke | Glassroth | Cooke | — | DRB |
| Tamara Martin | '' | '' | — | — | '' |
| Allen Burch | Glassroth | Cooke | Glassroth | — | '' |
| Windy Irwin | '' | '' | — | — | '' |
| Aaron Tracey | '' | '' | — | — | '' |
| Nessie Wood | '' | '' | — | — | '' |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1 | 6-22-05 Letter | 8-2-06 | Yes |