IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj-72-DRB |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

**MOTION FOR AN EXPEDITED HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves for an expedited hearing on its appeal of the Magistrate Court's release order of August 2, 2006. In support of its motion, the government offers the following:

The Defendant is under indictment for the rape and sodomy of two different children in the Circuit Court of Elmore County. He has a pending federal criminal complaint before this district for the production of child pornography. The Magistrate Court has ordered his release pending trial, and has allowed him to live in the home of two children, ages 12 and 14. The government has filed its Notice of Appeal of the Magistrate Court's Release Order. The review of a release order, when appealed by either party, "shall be determined promptly". 18 U.S.C. § 3145. *See Also United States v. Fernandez-Alfonso*, 813 F. 2d 1571, 1572-1573 (9th Cir. 1987) holding that a delay of 30 days between the time of a party's appeal and a hearing by the district court violates the "promptly" standard, and suggesting that a 2-3 day standard is more appropriate for such matters.

Based on the nature of the charges and the immediate concerns for the safety of any person and the community brought on by the defendant's release, the government respectfully requests an expedited hearing in this matter.

For the above-mentioned reasons, the United States respectfully moves for an expedited hearing on its appeal of the Magistrate Court's release order of August 2, 2006.

Respectfully submitted this the 3$^{rdt}$ day of August, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ K. David Cooke, Jr.
        K. DAVID COOKE, JR.
        Assistant United States Attorney
        Suite 201, One Court Square
        Montgomery, AL 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7280
        E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-mj-72-DRB |
| ) | |
| JOSHUA WAYNE HESTER | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen R. Glassroth.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
Suite 201, One Court Square
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7280
E-mail: david.cooke@usdoj.gov

3