IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06mj72-MEF |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

# **O R D E R**

It is hereby ORDERED that:

1. The current conditions of release (Doc. #7) are to be modified to include condition 7(t)(ii). This condition provides: "The defendant shall: (t) participate in one of the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based on your ability to pay as determined by the pretrial service office or supervising officer. (ii) Home Detention. You are restricted to your residence at all times except from employment; education; religious services; other activities as approved by the pretrial service office or supervising officer."

2. All other conditions of release are adopted in full.

3. A hearing is set on the Notice of Appeal of the Magistrate Court's Release Order (Doc # 9) for August 11, 2006 at 10:00 a.m. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 4th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE