IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj72-DRB |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

**GOVERNMENT'S OBJECTION TO CONTINUANCE AND
RENEWED MOTION FOR EXPEDITED HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes its objection to the continuance filed by the defendant, and respectfully renews its motion for an expedited hearing on its appeal of the Magistrate Court's release order of August 2, 2006. In support of its motion, the government offers the following:

1. The government has moved for an expedited hearing in its appeal of the release order dated August 3, 2006, and the Court has scheduled a hearing for August 11, 2006.

2. Defense counsel has moved for a continuance based on a previously scheduled hearing in the Circuit Court of Montgomery, Alabama. In addition, defense counsel would like to make an out-of-state trip with his wife after the hearing in State Court.

3. The United States opposes the continuance because the defendant's release poses a continued danger to any other person and the community. Specifically, despite a finding of probable cause that the defendant has produced child pornography, and a pending state court indictment for the rape and molestation of two different girls, the defendant was released to live in the home of two children, ages 12 and 14.

4. Based on the nature of the charges and the immediate concerns for the safety of any person and the community brought on by the defendant's release, the government respectfully objects to the defendant's motion and renews its request for an expedited hearing in this matter.

Respectfully submitted this the 8th day of August, 2006.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/ K. David Cooke, Jr.
                    K. DAVID COOKE, JR.
                    Assistant United States Attorney
                    Suite 201, One Court Square
                    Montgomery, AL 36104
                    Phone: (334) 223-7280
                    FAX: (334) 223-7280
                    E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj72-DRB |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen Roger Glassroth, Esq.

    Respectfully submitted,

    /s/K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: david.cooke@usdoj.gov