IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06mj72-MEF |
| | ) | |
| JOSHUA WAYNE HESTER | ) | |

## **O R D E R**

Upon consideration of the Defendant's Motion to Continue (Doc. #13), filed on August 7, 2006, it is hereby

ORDERED that the motion is DENIED. It is further ORDERED that the time of the hearing is changed from 10 a.m. to 1 p.m.

DONE this the 10th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE