# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING       AT MONTGOMERY, AL

DATE COMMENCED:   8/11/06           AT:   1:05 p.m.
DATE COMPLETED:   8/11/06           AT:   3:28 p.m.

UNITED STATES OF AMERICA       §
vs.                            §    NO. 2:06MJ72-MEF/DRB
                               §
JOSHUA WAYNE HESTER            §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Karl David Cooke, Jr. | | Stephen R. Glassroth |

COURT OFFICIALS PRESENT:

Josh Taylor, Law Clerk                Kevin Poole, USPO
Kelli Gregg, Courtroom Clerk          Tamara Martin, USPO
Jimmy Dickens, Court Reporter

COURTROOM PROCEEDINGS:

( X )  **Appeal Hearing Re: Magistrate Judge's Release Order**

1:05 p.m. -   Court convenes.
Government calls their first witness Tamara Martin to testify.
Defense counsel begins cross-examination of witness Martin.
Government begins re-direct.
Defense counsel begins re-cross examination.
Government calls their next witness Johnny Russell to testify.
Defense counsel begins cross-examination of witness Russell.
Government begins re-direct.
Defense counsel begins re-cross examination.
Government calls their next witness Margaret Faulkner to testify.
Defense counsel begins cross-examination of witness Faulkner.
Government calls their next witness Kevin Poole to testify.
Defense counsel begins cross-examination of witness Poole.
Government calls their next witness Cassie Schuck to testify.
Defense counsel begins cross-examination of witness Schuck.
Defense counsel makes several proffers to the Court and asks that the Court impose the same sanctions as previously imposed.

|  |  |
|---|---|
|  | Government responds to proffers and asks that the Court grant their appeal and detain defendant pending trial. |
|  | Defense counsel responds to government's arguments. |
|  | Court gives oath and swears Ms Chestnutt and Mr. Bullard in. |
|  | Court questions Ms. Chestnutt, defendant's mother, and Mr. Bullard, a resident with defendant. |
|  | Court finds that the government has proven that a condition exists and that there is probable cause to believe you are the dft charged in this complaint. Court finds that there are no facts to make the Court doubt your ability to appear in court as required. Court addresses the protection and safety of the community and the Court does not find that there are conditions that would assure dfts presence at any future hearing or that the safety of the community could be assured. Court will continue dft under same amended conditions of August 4, 2006 with added conditions that there be no contact with Cassie Schuck or any members of her family. Dft will have no direct unsupervised contact with any minor to include your niece, nephew or acquaintance without adult supervision. Dft has no permission to leave home except for work schedule and regularly scheduled religious services. Also, dft is granted permission to meat with attorney as needed and to be in state or federal court. |
|  | USPO asks that dft be evaluated by a psychologist. |
|  | Defense counsel asks that dft be evaluated by a psychiatrists. |
|  | Court will make the amendment in addition to Judge Boyd's order. |
| 3:28 p.m. - | Court is in recess. |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO. 2:06MJ72-MEF/DRB |
| | ) | |
| | ) | Appeal Hearing: 8/11/06 |
| Joshua Wayne Hester | | Before: Honorable Mark E. Fuller |

**WITNESS LIST**

GOVERNMENT                                                                                              DEFENDANT

Tamara Martin
Johnny Russell
Margaret Faulkner
Kevin Poole
Cassie Schuck

EXHIBITS  Page 1

## UNITED STATES OF AMERICA

CR. NO. 2:06mj72-DRB

v.

## JOSHUA WAYNE HESTER

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Letter from Defendant to Cassie Schuck | Russell | Yes |
| | | | |